IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-11-869 |
| | § | |
| | § | |
| MARK ALLAN JAMES, | § | |

**ORDER**

The government must respond to the defendant's "Motion for a New Trial or, in the Alternative, an Evidentiary Hearing," (Docket Entry No. 146), no later than Wednesday, **May 28, 2014.**

SIGNED on May 19, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge