IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-869 |
| | § | |
| MARK ALLAN JAMES | § | |

**O R D E R**

The defendant filed an unopposed motion to extend the time to file objections to the presentence report and for a continuance of the sentencing hearing, (Docket Entry No. 170). The motion is GRANTED. Objections to the presentence report are due by October 20, 2014. The sentencing hearing is reset to **November 4, 2014 at 11:00 a.m.**

SIGNED on August 25, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge