IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CR. NO. H-11-869 |
| | § | |
| MARK ALLAN JAMES | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Hector R. Chavez, enters his appearance as counsel in this matter for Defendant, Mark Allan James, for the purposes of receiving notices and orders from the Court.

DATED: March 4, 2015                              Respectfully Submitted,

**SMYSER KAPLAN & VESELKA, L.L.P.**

*/s/ Hector R. Chavez*
   Dane Ball
   State Bar No. 24051642
   Hector R. Chavez
   Federal ID No. 1364992
   Texas Bar No. 24078335
700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2300 (phone)
(713) 221-2320 (fax)
hchavez@skv.com

**ATTORNEY FOR DEFENDANT
MARK ALLAN JAMES**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on the 4th day of March, 2015.

   */s/ Hector R. Chavez*
   Hector R. Chavez