United States District Court
Southern District of Texas
**ENTERED**
April 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIM. NO. H-11-869 |
| MARK ALLAN JAMES | § | |

## ORDER RELEASING BOND AND EXONERATING PERSONAL SURETY

The defendant in this case, Mark Allan James, was released on a $1,000,000 bond while the case against him was pending. Minute Entry, Dec. 22, 2011, ECF No. 31; Appearance Bond, Dec. 22, 2011, ECF No. 33. The defendant's brother, Winston James, served as a co-surety on the bond and offered a home in Glendale, California as additional security for the bond. *Id.* Winston James signed a Deed of Trust to that effect dated December 22, 2011.

The defendant was convicted after trial, sentenced to prison, and is now serving that sentence. Judgment, Nov. 18, 2014, ECF No. 187; Order to Surrender, Dec. 12, 2014, ECF No. 193. The United States Court of Appeals for the Fifth Circuit affirmed both his conviction and sentence. Judgment, Oct. 21, 2015, ECF No. 218.

The defendant's bond has been discharged due to his conviction and incarceration. As a result, the surety offered by the defendant's brother, Winston James, has also been discharged, and his home offered as additional security is no longer subject to any lien or claim of interest by the United States of America.

Signed at Houston, Texas, on the 6th day of April, 2017.

Lee Rosenthal
Chief United States District Judge