**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-869 |
| | § | |
| MARK ALLAN JAMES | § | |

**ORDER RELEASING DEED OF TRUST**

The clerk of the court will send the Deed of Trust held by the court, receipt 288590, to

> Winston James
> 1235 Vista Superba Street
> Glendale, CA 91205

SIGNED on April 18, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge